OPINION — AG — ** BONDS — "AMPLY SECURED" — DEFINED ** BONDS OR EVIDENCE OF DEBT AS PROVIDED FOR IN 36 O.S. 1511 [36-1511], ARE "AMPLY SECURED", IF THE STATE COMMISSIONER OF INSURANCE DETERMINES THAT THEY ARE SUFFICIENTLY FREE FROM EXPOSURE TO THE DANGER OF LOSS. (DEFAULT, INTEREST, DEFINITION) CITE: 36 O.S. 1511 [36-1511], 36 O.S. 101 [36-101], 36 O.S. 5005 [36-5005], 36 O.S. 309 [36-309], 36 O.S. 308 [36-308] (TODD MARKUM)